## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BENJAMIN WOODY, | ) |
| Petitioner, | ) |
| v. | ) No. 1:08-cv-139-RLY-JMS |
| STANLEY KNIGHT, | ) |
| Respondent. | ) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 02/07/2008

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Benjamin Woody
DOC 10011
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064